CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 01 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JASON ROYCE ALLEN, et al., | |
| Defendants-Appellants, | Civil Action Nos. 7:18-cv-00134 |
| | 5:18-cv-00057 |
| v. | |
| | By: Hon. Michael F. Urbanski |
| JOHN P. FITZGERALD, Acting Trustee for Region Four, | Chief United States District Judge |
| Plaintiff-Appellee. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant-Appellants Jason Royce Allen, Kevin Chern, Darren T. Delafield, Law Solutions Chicago, LLC, John C. Morgan, Jr., Edmund Scanlan, and Upright Law, LLC's Motion to Stay, ECF No. 97, is **DENIED**.

It is **SO ORDERED**.

Entered: July 31, 2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge